IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


BETTY BLACKMAN                          )
                                        )
v.                                      ) NO. 3-14-1220
                                        ) JUDGE CAMPBELL
METRO NASHVILLE PUBLIC                   )
SCHOOLS                                 )

                        ORDER


       Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket

No. 13), to which no Objections have been filed.  The Court has reviewed the Report and

Recommendation and the file.  The Report and Recommendation is adopted and approved.

       Accordingly, Defendant's Motion to Dismiss (Docket No. 8) is GRANTED, and this action

is DISMISSED without prejudice.  The Clerk is directed to close the file.  Any other pending

Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to

Fed. R. Civ. P. 58.

       IT IS SO ORDERED.


                                        ___Todd Campbell_____
                                        TODD J. CAMPBELL
                                        UNITED STATES DISTRICT JUDGE